```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOJELI, INC. and ALAN RICK FRIEDMAN,

             Plaintiffs,

-against-

STEVEN MADDEN, LTD., STEVEN MADDEN, JAMIESON KARSON, and AMELIA NEWTON-VARELA,

             Defendants.

---

06 CV 0506 (AKH)

STIPULATION
OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties herein, that this action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear said party's own costs.

This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as an original.

Dated: New York, New York
       September 28, 2006

PRYOR CASHMAN SHERMAN & FLYNN, LLP

By _____
   Joshua Zuckerberg (JZ-9466)
410 Park Avenue
New York, New York 10022
Tel.: (212) 421-4100

*Attorneys for Plaintiffs*

SCAROLA ELLIS LLP

By _____
   Donald Rosenthal (DR 7022)
888 Seventh Avenue, 45th Floor
New York, NY 10106
Tel.: (212) 757-0007

*Attorneys for Defendants*

SO ORDERED: 10-11-06

_____
ALVIN K. HELLERSTEIN, U.S.D.J.